DAVID I. DAVIS, ESQUIRE
DAVIS & BUCCO, P.C.
909 North Bethlehem Pike, Suite 200
P.O. Box 785
Spring House, PA 19477
Attorney I.D. # 29991
215-540-9050 - Phone                                    Attorney for Defendant

---

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Seasons-4, Inc. | : | |
| | : | Civil Action No. 02-CV-4751 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| The Perotti Group, Inc. | : | |
| | : | |
| Defendant. | : | |

---

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Defendant, The Perotti Group, Inc., in the above-

captioned matter.

_____
DAVID I. DAVIS, ESQUIRE

DATED: _____