DAVID I. DAVIS, ESQUIRE
DAVIS & BUCCO, P.C.
909 North Bethlehem Pike, Suite 200
P.O. Box 785
Spring House, PA 19477
Attorney I.D. # 29991
215-540-9050 - Phone                                               Attorney for Defendant

---

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Seasons-4, Inc. | : | |
| | : | Civil Action No. 02-CV-4751 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| The Perotti Group, Inc. | : | |
| | : | |
| Defendant. | : | |

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was furnished by first class mail, postage prepaid, to:

> Robert A. Prentice, Esquire
> Duane Morris LLP
> One Liberty Place
> 1650 Market Street
> Philadelphia, PA 19103

                                        BY:    _____
                                               DAVID I. DAVIS
                                               Attorney for Defendant

DATE: August 5, 2002