IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Seasons-4, Inc. | : | |
| Plaintiff | : | |
| v. | : | NO. 02-cv-4751 |
| The Perotti Group, Inc., | : | |
| Radco Construction Co. | : | |
| Defendants | | |

**ORDER**

      **AND NOW**, this ____ day of December 2002, I **ORDER** that the motion of the plaintiffs to continue the scheduling conference on December 16, 2002 is **GRANTED**. The parties will receive notice of a new date for a scheduling conference.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:    Copies **MAILED** on _____ to: