IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SEASONS-4, INC.                    :              CIVIL ACTION
                                   :
            v.                     :
                                   :
THE PEROTTI GROUP, INC.            :              NO. 02-4751


**O R D E R**


   **AND NOW**, this  day of January, 2003, it is

Ordered that the **CONFERENCE** scheduled for Wednesday, January 29,

2003 at 4:30 p.m. is **CANCELED** and **RESCHEDULED** for **Wednesday,**

**February 5, 2003** at **3:00 p.m..** The conference will be held in

chambers, room 7613 on the 7th floor.




ATTEST:                        or     BY THE COURT



BY:_____          _____
  Deputy Clerk                        Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Robert A. Prentice, Esq. (via fax: 215-979-1020)
David I. Davis, Esq. (via fax: 610-238-0244)
John G. Richards, II, Esq. (via fax: 610-238-0244)
Jeffrey J. Chomko, Esq. (via fax: 215-864-6295)
Diane M. Tokarsky, Esq. (via fax: 717-234-5354)