**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


Seasons-4, Inc.                                          :
                                                         :
                v.                                       :        02-cv-4751
                                                         :
The Perotti Group, Inc.                                  :
(Third Party Plaintiff)                                  :
                                                         :
                v.                                       :
                                                         :
Giant Food Stores, Inc.,                                 :
The Radco Construction Corp.                             :
(Third Party Defendants)                                 :
                                                         :
Giant Food Stores, Inc.                                  :
(Cross Claimant)                                         :
                                                         :
                v.                                       :
                                                         :
The Radco Construction Corp.,                            :
(Cross Defendant)                                        :
                                                         :
                                                         :


**ORDER**


        AND NOW, this        day of February 2003, it is **ORDERED** that the First

Amended Complaint of the third party plaintiff Perotti Group Inc. against the third party

defendants Giant Food Stores, Inc. and the Radco Construction Corp. (Docket entry #7) and the

cross claim of Giant Food Stores, Inc. against the Radco Construction Corp. are **DISMISSED**

**WITH PREJUDICE** for lack of subject matter jurisdiction. The parties shall file their claims in

the state court within thirty days. 28 U.S.C. § 1367.


_____

ANITA B. BRODY, J.


Copies **FAXED** on _____ to:        Copies **MAILED** on _____ to: