# DUANE MORRIS

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

GREGORY B. LARE
DIRECT DIAL: 215.979.1138
E-MAIL: gblare@duanemorris.com

www.duanemorris.com

October 30, 2003

VIA HAND DELIVERY

Michael Kunz
Clerk of Court
United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

    Re:    Seasons-4, Inc. v. The Perotti Group, Inc. et al.,
              Civil Action No.2:02-cv-04751-AB

Dear Mr. Kunz:

    Enclosed please find an original and one copy of the Stipulation of Voluntary Dismissal of Plaintiff, Seasons-4, Inc. and Defendant, The Perotti Group, Inc. in the above-referenced matter. I have also included a disk containing the document in PDF format. Please file the original and return a time-stamped copy to our messenger.

    Thank you for your cooperation.

Very truly yours,

*Greg Lare*

Gregory B. Lare

Enclosures

cc:    John G. Richards, II (with enclosure, via first-class mail)

---

DUANE MORRIS LLP

ONE LIBERTY PLACE   PHILADELPHIA, PA 19103-7396        PHONE: 215.979.1000  FAX: 215.979.1020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEASONS-4, INC., <br>    Plaintiff, <br><br> v. <br><br> THE PEROTTI GROUP, INC., <br>    Defendant, Third-Party Plaintiff, <br><br> v. <br><br> THE RADCO CONSTRUCTION CORPORATION and GIANT FOOD STORES, INC., <br>    Third-Party Defendants. | Case No. 02-CV-4751 |

### STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated by Plaintiff Seasons-4, Inc. ("Seasons-4") and Defendant The Perotti Group, Inc. ("Perotti") that Seasons-4's claims against Perotti in the above-captioned action be dismissed with prejudice. By Order dated February 11, 2003, this Court previously dismissed Perotti's First Amended Complaint against Third-Party Defendants Giant Food Stores, Inc. ("Giant") and The Radco Construction Corp. ("Radco"), as well as the crossclaim of Giant against Radco, with prejudice for lack of subject matter jurisdiction.

| | |
|---|---|
| DAVIS, BUCCO & ARDIZZI | DUANE MORRIS LLP |
| By: _____ <br> John G. Richards, II, Esquire <br> 10 E. 6th Avenue <br> Suite 100 <br> Conshohocken, PA 19428 <br> Phone: (610) 238-0880 <br> Attorneys for Defendant <br>   The Perotti Group, Inc. | By: _____ <br> Robert A. Prentice, Esquire <br> One Liberty Place <br> 1650 Market Street <br> Philadelphia, PA 19103 <br> Phone: (215) 979-1130 <br> Attorneys for Plaintiff <br>   Seasons-4, Inc. |

Dated: October 30, 2003